BP:AMC/JA
F. #2015R01974

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

SUNG SOO CHON a/k/a STEVE S. CHON,

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

Filed: June 06, 2022

NOTICE OF MOTION

Criminal Docket No. CR-22-259

Juge LaShann DeArcy Hall
Magistrate Judge Marcia M. Henry

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant SUNG SOO CHON a/k/a STEVE S. CHON's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           June 6, 2022

                                    Breon Peace
                                    United States Attorney
                                    Eastern District of New York
                                    Attorney for Plaintiff
                                    271 Cadman Plaza East
                                    Brooklyn, New York 11201

                         By:  _____
                                    Ann M. Cherry, Trial Attorney
                                    U.S. Department of Justice, Tax Division
                                    (202) 305-5964

cc:    Clerk of the Court
        Bryan Skarlatos, Esq.