# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:22-cr-00259-LDH |
| Sung Soo Chon (aka "Steve S. Chon") | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sung Soo Chon (aka "Steve S. Chon")                                        .

Date:    06/15/2022

/s/Brian P. Ketcham
*Attorney's signature*

Brian P. Ketcham (BK-9934)
*Printed name and bar number*

Ketcham Law PLLC
80 Broad Street, Suite 1900
New York, New York 10004

*Address*

bk@ketchampllc.com
*E-mail address*

(212) 518-6380
*Telephone number*

(866) 467-7591
*FAX number*