

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JHP:AMCherry&JAlmonte

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 1, 2023

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Sung Soo Chon, a/k/a Steve Chon
> <u>Criminal Docket No. 22-259 (LDH)</u>

Dear Judge Hall:

By Order of this Court dated December 1, 2022, defendant Sung Soo Chon, also known as Steve Chon, is scheduled to be sentenced before your honor on March 15, 2023 at 10:30 a.m. The U.S. Probation Office has communicated to counsel for the government today that the Presentence Investigation Report ("PSR") has not yet been finalized. As a result, the government, with the concurrence of counsel for Mr. Chon, respectfully submits this letter requesting a continuance of the sentencing date and the filing deadlines for the government and defendant's sentencing submissions in this matter. The Probation Officer has requested until on or before March 16, 2023 in order to submit a PSR.

The parties respectfully request that the Court enter a new sentencing date no earlier than May 18, 2023, and further request new filing deadlines for the parties' sentencing submissions consistent with the Court's prior scheduling order. Counsel for Mr. Chon has consented to the requested relief.

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/ Jorge Almonte
Jorge Almonte, Assistant Chief
(202) 305-3676
Ann M. Cherry, Trial Attorney

(202) 305-5964
U.S. Department of Justice-Tax Division

cc:    Clerk of Court (LDH) (By ECF)
       Brian Ketcham (By ECF)
       U.S. Probation Officer Shayna Bryant (By email)