**Brian P. Ketcham, Esq.**
52 Duane Street, 7th Floor
New York, New York 10007
(212) 518.6380
www.ketchampllc.com

August 25, 2023

**BY ECF**

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  *United States v. Sun Soo (Steve) Chon*, 22-CR-259 (LDH)

Dear Judge DeArcy Hall:

      I am counsel to defendant Steve Chon and write to request that Mr. Chon's sentencing, which is currently scheduled for October 16, 2023, be continued. The primary reason for this request is that I am still in the process of preparing Mr. Chon's sentencing submission and have been delayed by a medical issue that resulted in my being hospitalized from August 12 – 21.

      I have conferred with the Court's case manager, and I understand that, due to the Court's trial schedule, the next available date for Mr. Chon's sentencing hearing is January 26, 2024, and thereafter, February 2 or 9, 2024. I have also conferred with counsel for the United States and have confirmed that both parties are available on any of those dates. Should this continuance be granted, I also respectfully request that the deadline for the submission of Mr. Chon's sentencing memorandum be extended from September 15, 2023 to October 6, 2023.

      This is Mr. Chon's second request for a continuance of the sentencing schedule in this case, and, absent an extraordinary development, I anticipate that this will be his final such request. Counsel for the government has advised me that the United States has no objection to this request.

                                                Respectfully submitted,

                                                /s/Brian P. Ketcham
                                                Brian P. Ketcham

Cc:     DOJ Trial Attorneys Jorge Almonte and Ann M. Cherry (by ECF)