# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| USA *Plaintiff* v. Steve Sung Chon *Defendant* | Case No. 1:22-cr-00259-LDH |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Steve Sung Chon

Date: 10/03/2023

*Attorney's signature*

Bryan C. Skarlatos, 0100-05329R
*Printed name and bar number*

7 World Trade Center, F34,
250 Greenwich St.
New York, NY, 10007
*Address*

bskarlatos@kostelanetz.com
*E-mail address*

(212) 808-8100
*Telephone number*

(212) 808-8108
*FAX number*