BRIAN P. KETCHAM, ESQ.
52 DUANE STREET, 7TH FLOOR
NEW YORK, NEW YORK 10007
(212) 518.6380
WWW.KETCHAMPLLC.COM

January 25, 2024

**BY ECF**

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  *United States v. Sun Soo (Steve) Chon*, 22-CR-259 (LDH)

Dear Judge DeArcy Hall:

      I am one of the attorneys for defendant Steve Chon. In accordance with the Court's Order of January 24, 2024 (ECF No. 21), attached to this letter please find a fully executed copy of the document confirming that Mr. Chon and his counsel, as well as counsel for the government, have all reviewed the special conditions of supervised release or probation being considered by the Court in connection with Mr. Chon's sentencing hearing, scheduled for tomorrow at 12:00 p.m.

                                                     Respectfully submitted,

                                                     /s/Brian P. Ketcham
                                                   Brian P. Ketcham

Cc:    DOJ Trial Attorney Jorge Almonte (by ECF)
        Senior USPO Shayna Bryant (by Email)
        Bryan C. Skarlatos, Esq. (by ECF)

**United States v. Sung Soo Chon**

Docket No. 22-cr-259

**SPECIAL CONDITIONS OF SUPERVISED RELEASE OR PROBATION**

1. The defendant shall file all delinquent or amended returns within six months of the sentence date and by timely filing all future returns that come due during the period of supervision. The defendant shall properly report all correct taxable income and claim only allowable expenses on those returns. The defendant shall provide all appropriate documentation in support of said returns. Upon request, the defendant shall furnish the Internal Revenue Service with information pertaining to all assets and liabilities, and the defendant shall fully cooperate by paying all taxes, interest and penalties due and otherwise comply with the tax laws of the United States.

2. The defendant shall comply with the fine payment schedule.

3. Upon request, the defendant shall provide the U.S. Probation Department with full disclosure of his financial records, including co-mingled income, expenses, assets and liabilities, to include yearly income tax returns. With the exception of the financial accounts reported and noted within the presentence report, the defendant is prohibited from maintaining and/or opening any additional individual and/or joint checking, savings, or other financial accounts, for either personal or business purposes, without the knowledge and approval of the U.S. Probation Department. The defendant shall cooperate with the Probation Officer in the investigation of his/her financial dealings and shall provide truthful monthly statements of his income and expenses. The defendant shall cooperate in the signing of any necessary authorization to release information forms permitting the U.S. Probation Department access to his financial information and records.

4. The defendant shall cooperate with the U.S. Probation Department in the investigation and approval of any position of self-employment, including any independent, entrepreneurial, or freelance employment or business activity. If approved for self-employment, the defendant shall provide the U.S. Probation Department with full disclosure of his self-employment and other business records, including, but not limited to, all of the records identified in the Probation Form 48F (Request for Self-Employment Records), or as otherwise requested by the U.S. Probation Department)

REVIEWED

_____          _____
Defendant                                            Defense Counsel

_____
Government

2