BRIAN P. KETCHAM, ESQ.
52 DUANE STREET, 7TH FLOOR
NEW YORK, NEW YORK 10007
(212) 518.6380
WWW.KETCHAMPLLC.COM

January 30, 2024

**BY ECF**

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: *United States v. Sun Soo (Steve) Chon*, 22-CR-259 (LDH)

Dear Judge DeArcy Hall:

        I am counsel to defendant Steve Chon. The Court sentenced Mr. Chon on January 26, 2024 to, *inter alia*, two years' probation. Mr. Chon had previously surrendered his passport to Pretrial Services in connection with the order setting the conditions of his release. (*See* ECF No. 8.) I am writing to respectfully request that Pretrial Services return Mr. Chon's passport to him. I have conferred with counsel for the government, and with the Pretrial Services Officer assigned to Mr. Chon's case, and there is no objection to this request.

                                              Respectfully submitted,

                                              /s/Brian P. Ketcham
                                              Brian P. Ketcham

Cc:    DOJ Trial Attorney Jorge Almonte (Via ECF)
         Pretrial Services Officer Robert Stehle (Via Email)