UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

               -against-

SUNG SOO CHON,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

SATISFACTION OF JUDGMENT

Docket No. CR-22-0259
(Hall, J.)

        WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $224,338.00, that is, restitution in the amount of $199,238.00, plus interest, a fine in the amount of $25,000.00, plus interest, and a special assessment in the amount of $100.00, on February 15, 2024, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on February 15, 2024; and

        WHEREAS, said judgment has been fully paid as to the defendant SUNG SOO CHON;

        THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy and discharge the same solely as to the defendant SUNG SOO CHON.

Dated:      Brooklyn, New York
           April 23, 2024

                              BREON PEACE
                              United States Attorney
                              Eastern District of New York
                              271 Cadman Plaza East, 8th Fl.
                              Brooklyn, New York 11201

               By:       /s/
                              MADELINE O'CONNOR
                              Assistant U.S. Attorney
                              (718) 254-6017