BRIAN P. KETCHAM, ESQ.
80 BROAD STREET, SUITE 1900
NEW YORK, NEW YORK 10004
(212) 518.6380
WWW.KETCHAMPLLC.COM

October 7, 2024

**BY ECF**

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *United States v. Sun Soo (Steve) Chon*, 22-CR-259 (LDH)

Dear Judge DeArcy Hall:

  I am counsel to defendant Steve Chon and write to request that Mr. Chon be permitted to travel to South Korea from November 3, 2024 to November 18, 2024. The Court sentenced Mr. Chon to two years' probation with special conditions, including a fine, restitution, and community service. Mr. Chon is compliant with those conditions, has satisfied the financial components of his sentence, and completed his community service in June. He is supervised by the Probation Department's Low-Intensity Unit.

  The primary purpose of Mr. Chon's trip is business-related. The Probation Department and the Department of Justice consent to this travel request with the conditions that Mr. Chon provide Probation with detailed information about his trip prior to his departure and that the State Department verifies that he is allowed to enter South Korea. Based on information available on the State Department's website, Mr. Chon is not subject to any restrictions related to traveling to South Korea.[1]

  I thank the Court for considering this request.

                Respectfully submitted,

                Brian P. Ketcham

Cc: USPO Lisa Famularo (via email)
   DOJ Trial Attorney Jorge Almonte (via ECF)

---

[1] *See* https://travel.state.gov/content/travel/en/international-travel/International-Travel-Country-Information-Pages/SouthKorea.html