**BRIAN P. KETCHAM, ESQ.**
52 DUANE STREET
NEW YORK, NEW YORK 10007
(212) 518.6380
WWW.KETCHAMPLLC.COM

October 25, 2024

**BY ECF**

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *United States v. Sun Soo (Steve) Chon*, 22-CR-259 (LDH)

Dear Judge DeArcy Hall:

      I am counsel to defendant Steve Chon. On October 21, I electronically filed a renewed travel request on Mr. Chon's behalf. *See* ECF No. 29. I neglected, however, to include a document referenced in my letter—a PowerPoint presentation related to the Poconos air park resort project. I have attached the document to this letter as a supplement to the renewed travel request, and I apologize to the Court for this oversight.

                                  Respectfully submitted,

                                    Brian P. Ketcham

Cc:    USPO Lisa Famularo (via email)
         DOJ Trial Attorney Jorge Almonte (via ECF)



# Potential Demand



잠재수요분석,
약 2,800 만명의 잠재수요를 가진 Triangle Point


Pennsylvania


NewYork


NewJersey





# FACILITIES





**OUTDOOR**

THE EXISTING RUNWAY : CAMPING AND VARIOUS OUTDOOR ACTIVITIES

BOATING IN THE LAKE

A HEALING FOREST WALK IN THE WOODS





BALIAN SPRINGS-INDOOR (VIRGINIA)



BALIAN SPRINGS-
OUTDOOR
(VIRGINIA)



SPA CASTLE (NEW YORK)

